THE UNITED STATES FEDERAL COURT
IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY ANDREWS

Case No.: 8:24 cv 257 KKM-SPF

                Plaintiff,

Vs.

SARASOTA COUNTY SCHOOL BOARD,
a Governmental Agency,
and
SARASOTA CLASSIFIED TEACHERS ASSOCIATION,
a Non-Profit Organization.

                Defendant(s).
_____/

## CIVIL COMPLAINT

Comes now, MARY ANDREWS, Plaintiff herein, and submits the allegations herein:

1. This is an action for damages that exceeding three million dollars (3,000,000.00) but not exceeding ($4,000,000.00) four million dollars.

2. Plaintiff, MARY ANDREWS, is a resident of Sarasota County, Florida

3. Defendant, SARASOTA COUNTY SCHOOL BOARD, is a Governmental agency operating in Sarasota County, Florida.

4. All occurrences surrounding this action happened in and around Sarasota County, Florida.

5. Subject matter jurisdiction is proper, having Title IX violations, and the issues of this case affect others not a party to it.

6. This is an action alleging sexual harassment, intentional, willful and coordinated retaliation, creating a hostile work environment, coercion, duress, slander, and loss of past and future earnings.

7. Plaintiff, MARY ANDREWS, worked for Defendant, SARASOTA COUNTY SCHOOL BOARD, for over twenty (20) years, sixth grade English, Social Studies, and gifted students.

8. On or about November 3rd, 2021, Plaintiff, MARY ANDREWS, was groped by a student who grabbed her breast in her classroom as a "Tic-tok Challenge," with other students witnessing said inappropriate behavior.

9. Plaintiff, MARY ANDREWS, immediately reported said sexual harassment to the Principal, and Defendant, SARASOTA COUNTY SCHOOL BOARD, per protocol.

10. Defendant, SARASOTA COUNTY SCHOOL BOARD, did not initially follow procedure, refusing to make any sexual harassment report nor was any investigation ever performed until the following school year, and only after Plaintiff provided text admissions from the perpetrator of said sexual harassment. Instead, Defendant deflected, telling Plaintiff she would ***"lose her job if she told anyone she was assaulted by a student."*** Plaintiff, MARY ANDREWS, was then sent home for crying after telling the Principal that nobody answered her phone calls for help, which is codified as a *crime of duress*.

11. The in house investigation performed by Defendant, began in September of 2021, and Assistant Principals were told to have no contact with Plaintiff, which is a violation of the Defendant's County Contract. It was during this time that Plaintiff experienced further harassment from students with zero support from Administration. Several weeks later, on or about November 3rd, 2021, Plaintiff. MARY ANDREWS, experienced said sexual assault by the student.

12. Defendant, SARASOTA COUNTY SCHOOL BOARD, proceeded spreading the lie that it was the Plaintiff, MARY ANDREWS, who was the harasser, which in turn, led to students telling parents and substitutes that ***Plaintiff was fired for touching students inappropriately***. Plaintiff has a written note from a substitute exhibiting this, of which Plaintiff showed the school Principal. [**EXHIBIT A** – Note from Substitute Teacher]

13. As a result, Plaintiff's, MARY ANDREWS', thirty (30) year teaching career has been destroyed, directly resulting from Defendant's, SARASOTA COUNTY SCHOOL BOARD'S, illegal act(s) of coercion - stating Plaintiff would lose her job if telling anyone she was assaulted by a student.

14. Plaintiff, MARY ANDREWS, experienced a phone call in which a teacher told me the Principal, Mr. Chase, told her Plaintiff was home on a medical leave one (1) week after being assaulted, which was untrue.

15. Plaintiff was told by her Principal, Union President, Pat Gardiner, and Human Resource Director, Al Harayda, via email, that she "*is not allowed to communicate with anyone or else she would be brought up on Weingarten charges and lose her job.*"

16. Plaintiff, MARY ANDREWS, was told to remain at home and await a <u>Psychological Fit for Duty Evaluation</u>, albeit being expected to write lesson plans, grade papers daily, often up until seven o'clock p.m.

17. Plaintiff, MARY ANDREWS, was questioned by email sent at night by her principal whether or not her grading was accurate, and told to "*not answer emails from parents, staff or students, and direct all communication to him,*" which seemed extremely unprofessional. Furthermore, Plaintiff was told that "*if there was anything else to report, to contact Mr. Harayda,*" even if it had to do with my SCIP facilitator job (mentoring) or technology issues.

18. Plaintiff experience emotional distress to the point of being afraid of even going to the grocery store or answering her phone for fear of running into a parent, student, or employee of the school district and they would think I communicated with someone. Plaintiff knows students, parents and even colleagues who have second jobs in the community. Plaintiff emailed this to her Principal, Union President and Mr. Harayda. None of them ever responded.

19. The Sarasota County Police never filed my original signed under oath Complaint, made on February 4th 2021. They later came to my home, and according to Plaintiff's son, the Police banged on Plaintiff's door to intimidate her, yet Plaintiff was not home. Intimidation of this nature has been used against other employees. Plaintiff called the State's Attorney to report the assault charge.

20. In February, Plaintiff was driving her car after a storm, and a tree fell in front of her car. Alarmed, Plaintiff got out of her car. A family call 911 for the tree incident, consisting of a husband, a wife, a young boy, and a girl who was a student of Plaintiff's. When Plaintiff saw her student, Plaintiff smiled at her. The student looked at Plaintiff with a frightened look on her face, being she was in Plaintiff's gifted class. Said student ran back into the house.

21. As Plaintiff approached them, the mother looked at Plaintiff and asked me, *"You used to work at Brookside?"* Plaintiff replied, *"Yes, I still do, since 2005."* Said Mother told Plaintiff, *"I heard you were fired for touching students."* Plaintiff almost cried. Plaintiff immediately defended herself, saying *"NO! I was assaulted by a student and was told to go home and not speak to anyone, or I would lose my job; and have been home being paid ever since."* Said Mother turned around and said, *"Good luck with that,"* and walked back into her house.

22. Plaintiff had an exemplar career, having been a loved teacher in the community, a head tennis coach, assistant track coach, a hospital homebound teacher, highly effective teacher as far as test scores, held leadership roles, Plaintiff's *ONLY MISTAKE WAS REPORTING SEXUAL HARRASSMENT BY MY UNION REPRESENTATIVE* and getting *assaulted by a STUDENT and NOBODY CAME TO HELP And THEN DEFENDANTS HID IT.*

WHEREFORE, Plaintiff, MARY ANDREWS, respectfully requests the following relief:

1. Trial by Jury;

2. Actual Damages in the amount of three hundred thousand dollars ($300,000.00);

3. Pain & Suffering in the amount of six hundred thousand dollars ($600,000.00);

4. Punitive Damages in the amount of in the amount of three million dollars; ($3,000,000.00);

5. Legal and court costs.

Respectfully Submitted,

Dated: 1/24/24

_____
Signature of Complainant
Mary Andrews, Pro Se
3850 Virga Blvd.
Sarasota, Florida 34233
Telephone Number: 941-525-3015

STATE OF FLORIDA
COUNTY OF SARASOTA

On the 24 day of Jan., 2024, Mary Andrews took an oath and produced her Florida Driver's License as identification.
My Commission Expires:

_____
NOTARY PUBLIC

JULIE M. JEFFERSON
Notary Public - State of Florida
Commission # HH 434106
My Comm. Expires Oct 21, 2027
Bonded through National Notary Assn.

Sub Notes — Andrews 11/8/21 Mon

1st/3rd — Horrendous. Terrible absurd behavior. 2nd instructor was in here with me — she could not control them either.

3rd — 2nd teacher took a group next door. People in here ridiculous. Removed 2 to the office. Students asking me if I am potty trained / when I learned how to use a toilet. They say Mrs. Andrews was fired for inappropriate touching. People walking around / dancing / doing whatever they want. Some weird thing about band-aids. Everyone start asking for one, claim it is abusive if they don't get them. Both sessions simply atrocious.

6th — Reasonable, behavior fine. Some students proceeding w/ assignment, others just chatting around. Generally sitting in chairs though. No overt disrespect. Much better than the morning.

7th — Most off-task, chatting around. Behavior otherwise reasonable.

8th — Loud, unfocused. Behavior better than the morning, but difficult.

EXHIBIT A

Morning sessions were significantly worse ~~better~~ than afternoon. Morning sessions unable to handle having a sub, afternoon marginally better. Nonsense all day long. Sketches of penises, comments about toilet training and pretty much anything else one can think of. Nuts. Many of them seem to think Mrs. Andrews has been fired, or so they repeatedly claim anyway. Disorderly and quite difficult, especially in the AM.

EXHIBIT A2